OFFICE OF DISCIPLINARY COUNSEL *v.* FISH.

[Cite as *Disciplinary Counsel v. Fish* (1999), 85 Ohio St.3d 168.]

(No. 98–1758—Submitted December 16, 1998—Decided March 24, 1999.)

*Jonathan E. Coughlan,* Disciplinary Counsel, for relator.

*Edward G. Marks,* for respondent.

**Per Curiam.**  We adopt the findings, conclusion, and recommendation of the board.  Respondent is hereby publicly reprimanded.  Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.